| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
|---|---|---|
| COUNTY OF Barnwell | ) | |
| | ) | |
| Malik Al-Shabazz | ) | CIVIL ACTION COVERSHEET |
| Plaintiff(s) | ) | |
| | ) | 2021-CP-06-00079 |
| vs. | ) | |
| | ) | |
| Michael Rasar, Etc. | ) | |
| Defendant(s) | ) | |

Submitted By: Malik Al-Shabazz
Address: 201 John Mark Dial Drive
Columbia, S.C. 29209

SC Bar #: ___
Telephone #: ___
Fax #: ___
Other: ___
E-mail: ___

NOTE: The coversheet and information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of docketing cases that are NOT E-Filed. It must be filled out completely, signed, and dated. A copy of this coversheet must be served on the defendant(s) along with the Summons and Complaint. This form is NOT required to be filed in E-Filed Cases.

## DOCKETING INFORMATION (Check all that apply)
*If Action is Judgment/Settlement do not complete

[✓] JURY TRIAL demanded in complaint.     [ ] NON-JURY TRIAL demanded in complaint.
[ ] This case is subject to ARBITRATION pursuant to the Court Annexed Alternative Dispute Resolution Rules.
[ ] This case is subject to MEDIATION pursuant to the Court Annexed Alternative Dispute Resolution Rules.
[ ] This case is exempt from ADR. (Proof of ADR/Exemption Attached)

## NATURE OF ACTION (Check One Box Below)

**Contracts**
[ ] Constructions (100)
[ ] Debt Collection (110)
[ ] General (130)
[ ] Breach of Contract (140)
[ ] Fraud/Bad Faith (150)
[ ] Failure to Deliver/Warranty (160)
[ ] Employment Discrim (170)
[ ] Employment (180)
[ ] Other (199) ___

**Torts - Professional Malpractice**
[ ] Dental Malpractice (200)
[ ] Legal Malpractice (210)
[ ] Medical Malpractice (220)
Previous Notice of Intent Case #
20___-NI-___-___
[ ] Notice/ File Med Mal (230)
[ ] Other (299) ___

**Torts – Personal Injury**
[ ] Conversion (310)
[ ] Motor Vehicle Accident (320)
[ ] Premises Liability (330)
[ ] Products Liability (340)
[ ] Personal Injury (350)
[ ] Wrongful Death (360)
[ ] Assault/Battery (370)
[ ] Slander/Libel (380)
[✓] Other (399) Constitutional Violation

**Real Property**
[ ] Claim & Delivery (400)
[ ] Condemnation (410)
[ ] Foreclosure (420)
[ ] Mechanic's Lien (430)
[ ] Partition (440)
[ ] Possession (450)
[ ] Building Code Violation (460)
[ ] Other (499) ___

**Inmate Petitions**
[ ] PCR (500)
[ ] Mandamus (520)
[ ] Habeas Corpus (530)
[ ] Other (599) ___

**Administrative Law/Relief**
[ ] Reinstate Drv. License (800)
[ ] Judicial Review (810)
[ ] Relief (820)
[ ] Permanent Injunction (830)
[ ] Forfeiture-Petition (840)
[ ] Forfeiture—Consent Order (850)
[ ] Other (899) ___

**Judgments/Settlements**
[ ] Death Settlement (700)
[ ] Foreign Judgment (710)
[ ] Magistrate's Judgment (720)
[ ] Minor Settlement (730)
[ ] Transcript Judgment (740)
[ ] Lis Pendens (750)
[ ] Transfer of Structured Settlement Payment Rights Application (760)
[ ] Confession of Judgment (770)
[ ] Petition for Workers Compensation Settlement Approval (780)
[ ] Incapacitated Adult Settlement (790)
[ ] Other (799) ___

**Appeals**
[ ] Arbitration (900)
[ ] Magistrate-Civil (910)
[ ] Magistrate-Criminal (920)
[ ] Municipal (930)
[ ] Probate Court (940)
[ ] SCDOT (950)
[ ] Worker's Comp (960)
[ ] Zoning Board (970)
[ ] Public Service Comm. (990)
[ ] Employment Security Comm (991)
[ ] Other (999) ___

**Special/Complex /Other**
[ ] Environmental (600)
[ ] Automobile Arb. (610)
[ ] Medical (620)
[ ] Other (699) ___
[ ] Sexual Predator (510)
[ ] Permanent Restraining Order (680)
[ ] Interpleader (690)
[ ] Pharmaceuticals (630)
[ ] Unfair Trade Practices (640)
[ ] Out-of State Depositions (650)
[ ] Motion to Quash Subpoena in an Out-of-County Action (660)
[ ] Pre-Suit Discovery (670)

Submitting Party Signature: /s/ Malik Al-Shabazz     Date: 3-26-21

**Note:** Frivolous civil proceedings may be subject to sanctions pursuant to SCRCP, Rule 11, and the South Carolina Frivolous Civil Proceedings Sanctions Act, S.C. Code Ann. §15-36-10 et. seq.

SCCA / 234 (02/2018)     Page 1 of 2

**Effective January 1, 2016,** Alternative Dispute Resolution (ADR) is mandatory in all counties, pursuant to Supreme Court Order dated November 12, 2015.

SUPREME COURT RULES REQUIRE THE SUBMISSION OF ALL CIVIL CASES TO AN ALTERNATIVE DISPUTE RESOLUTION PROCESS, UNLESS OTHERWISE EXEMPT.

**Pursuant to the ADR Rules, you are required to take the following action(s):**

1. The parties shall select a neutral and file a "Proof of ADR" form on or by the 210th day of the filing of this action. If the parties have not selected a neutral within 210 days, the Clerk of Court shall then appoint a primary and secondary mediator from the current roster on a rotating basis from among those mediators agreeing to accept cases in the county in which the action has been filed.

2. The initial ADR conference must be held within 300 days after the filing of the action.

3. Pre-suit medical malpractice mediations required by S.C. Code §15-79-125 shall be held not later than 120 days after all defendants are served with the "Notice of Intent to File Suit" or as the court directs.

4. Cases are exempt from ADR only upon the following grounds:

    a. Special proceeding, or actions seeking extraordinary relief such as mandamus, habeas corpus, or prohibition;

    b. Requests for temporary relief;

    c. Appeals

    d. Post Conviction relief matters;

    e. Contempt of Court proceedings;

    f. Forfeiture proceedings brought by governmental entities;

    g. Mortgage foreclosures; and

    h. Cases that have been previously subjected to an ADR conference, unless otherwise required by Rule 3 or by statute.

5. In cases not subject to ADR, the Chief Judge for Administrative Purposes, upon the motion of the court or of any party, may order a case to mediation.

6. Motion of a party to be exempt from payment of neutral fees due to indigency should be filed with the Court within ten (10) days after the ADR conference has been concluded.

**Please Note:** **You must comply with the Supreme Court Rules regarding ADR. Failure to do so may affect your case or may result in sanctions.**

STATE OF SOUTH CAROLINA, )
COUNTY OF Barnwell )         IN THE COURT OF COMMON PLEAS
)
Malik Al-Shabazz )          Second JUDICIAL CIRCUIT
                    Plaintiff )
)                            MOTION AND AFFIDAVIT TO
    vs.         )            PROCEED IN FORMA PAUPERIS
)
Micheal Rasar, Etc )
                    Defendant. )   FILE NO. 2021-CP-06-00079

I, Malik Al-Shabazz being duly sworn, state that I am the Plaintiff and that I do not have the funds available to pay the costs of filing and service in the present matter. I hereby request that the complaint be filed and service made without costs.

Sworn to and Subscribed before me
this ____ day of _____, 2____ )
)
_____ )   _____
Notary Public for South Carolina )           Signature of Plaintiff or
                                             Person Filing Complaint on Behalf of
My Commission expires _____ )            Plaintiff

Do not have access to Notary Public

**ORDER**

☐ Leave is *granted* to proceed in forma pauperis without payment of the filing fee.

☐ Leave is *granted* to proceed in forma pauperis without payment of the service cost.

☐ Leave is *denied* to proceed in forma pauperis.

Dated: _____, 2____   _____
                                            JUDGE/CLERK OF COURT
_____, South Carolina

NOTICE TO PLAINTIFF:  The Court may assess costs against either party at hearing.

SCCA 405CP (10/10)

[Stamp: FILED FOR RECORD 2021 MAR 30 AM 9:35 RHONDA D. McELVEEN CLERK OF COURT BARNWELL COUNTY, S.C.]

STATE OF SOUTH CAROLINA,  )
                          )  IN THE COURT OF COMMON PLEAS
COUNTY OF Barnwell        )
                          )
Malik Al-Shabazz          )  SUMMONS
              Plaintiff,  )
                          )
vs.                       )  FILE NO. 2021-CP-06-00079
                          )
Michael Rasan, Etc.       )
              Defendant.  )

TO THE DEFENDANT ABOVE-NAMED:

YOU ARE HEREBY SUMMONED and required to answer the complaint herein, a copy of which is herewith served upon you, and to serve a copy of your answer to this complaint upon the subscriber, at the address shown below, within thirty (30) days after service hereof, exclusive of the day of such service, and if you fail to answer the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

FILED FOR RECORD
2021 MAR 30 AM 9:35
RHONDA D. MCELVEEN
CLERK OF COURT
BARNWELL COUNTY, S.C.

Richland, South Carolina

_____
Plaintiff/Attorney for Plaintiff

Dated: 3-26-21

Address: 201 John Mark Dial Drive
         Columbia, SC 29209

SCCA 401 (5/02)

| | |
|---|---|
| State of South Carolina | ) In the Court of Common Pleas |
| County of Barnwell | ) |
| Malik Al-Shabazz | ) Second Judicial Circuit |
| AKA "Billy Lee Lisenby Jr." | ) |
| Petitioner | ) Case No: 2021-CP-06-00079 |
| | ) |
| -VS- | ) |
| Michael Rasar, Etc. | ) |
| | ) Summons |
| Defendant(s) | ) |

To the Defendants, Michael Rasar, Tahirah Thomas, and Shonda Priester, a lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you revie it), you must serve on the Plaintiff an answer to the attached complaint or motion. The answer or motion must be served on the Plaintiff whose name and address are:

Malik Al-Shabazz
Alvin S. Glenn Detention Center
201 John Mack Dial Drive
Columbia, SC 29209

If You fail to respond, judgement by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:

_____N/A_____ See attached summons
Signature of Clerk or Deputy Clerk

[Stamp: FILED FOR RECORD 2021 MAR 30 AM 9:35 RHONDA D. MCELVEEN CLERK OF COURT BARNWELL COUNTY, S.C.]

| | |
|---|---|
| State of South Carolina ) | In The Court of Common Pleas |
| County of Barnwell ) | |
| Malik Al-Shabazz ) | Second Judicial Circuit |
| AKA "Billy Lee Lisenby Jr." ) | |
| Petitioner ) | |
| ) | Case No. 2021-CP-06-00079 |
| -VS- ) | |
| Michael Rasar, ) | |
| Tahirah Thomas ) | Complaint |
| Shanda Priester ) | |
| Defendant(s) ) | Jury Trial Demanded |

FILED FOR RECORD 2021 MAR 30 AM RHONDA D. MCELVEEN CLERK OF COURT BARNWELL COUNTY SC

The above Petitioner, Malik Al-Shabazz now comes in good-faith arguing the fact the above Defendant(s): Michael Rasar, Tahirah Thomas and Shonda Priester did in fact violate his XV Amendment being the Right to Vote and Race no bar to voting rights. They even violated his right to equal protection and his Valuable right to Freedom of Speech which is a 1st Amendment violation. The Plaintiff further charges Defendant Michael Rasar with Racial Discrimination.

Plaintiff now pleases the Honorable Court by serving each Defendant in his or her official and individual capacity, putting the Defendant's on Notice of lawsuit.

Plaintiff was transferred from Lexington County Detention Center on September 10, 2020 to the Barnwell County Detention Center. Plaintiff had his voter registration in his possession when he arrived at Barnwell Detention Center because Lexington County Detention Center goes above and beyond to assure that all inmates are given their Right to vote.

On Plaintiff, 2nd day at Barnwell he began asking what steps he needed to take to be able to vote. Shanda Priester told Plaintiff on several occasions, "Sir, you are an inmate, you do not have a right to vote. For over a month, Tahirah Thomas told Plaintiff "that he had no right to vote". Finally, Tahirah Thomas told Plaintiff that Captain Rasar was not going to let us vote or take us to the polls. So, I began asking about the mail in ballots which was new to all the inmates. Captain Rasar refused to help Plaintiff Note: There is no law library at the jail, they denied Plaintiff access to his attorney on numerous occasions. Lt. Thomas even stated in a response, that if ;your attorney needs you he will contact you. This was in writing. Plaintiff should be able to contact his attorney anytime. His attorney never needs him, he needs his attorney.

After sending several request and grievance to Captain Rasar during the months of September and October of 2020, Captain Rasar told Plaintiff to write the Chesterfield County Election Board. Before this, Captain Rasar told Plaintiff that he had no right to vote and what type of Black man would vote for Trump?" After this, Plaintiff took the liberty of writing Chesterfield County Election Board, U.S. Department of Justice, Barnwell County Election Board, The Election Assistance Commission in Silver Springs, Md., The Federal Elections Commission in Washington DC, and the ACLU. Several of these agencies wrote him back and Plaintiff never received it. Note: Plaintiff and several inmates at Barnwell Jail complained about not receiving their mail. On numerous occasions.

The Defendant(s) have deprived inmates of their rights so long until they think it is right. In denying Plaintiff the right to Vote, the Defendant(s) had no knowledge that Plaintiff had completed

Paralegal Studies and that his family has an extensive political background. Plaintiff is the nephew of former Judge Sara Francis Lisenby whom worked on Capital Hill for over 20 years in the Carter and Clinton Administration. He is also related to SC Senator, Gerald Malloy, and Attorney Wendy-Ratliff Bowen. Plaintiff takes part in all elections and he has formed a committee to encourage convicted felons to vote. Doing so, he assists convicted felons in applying to vote Plaintiff played a major part in Chesterfield County Sheriff Dixons election. In the early 2000's, Plaintiff and former Different World Actress, Jasmin Guy performed an election briefing at the Chesterfield Library and at his Aunts Beauty Salon, Irene Avery, His Aunt has a granddaughter who works at Chesterfield County Election Board. Mrs. Avery, and the Chesterfield County Clerk of Court Elect have been very supportive of Plaintiff's denial to vote. Defendant(s) pursued their violation thinking there would be no further actions taken.

On November 18, 2020, Lt. Thomas stated, "You cannot afford to sue, you are already asking the court to sue for free." She failed to understand a motion to Proceed in Forma Pauperis is a motion to determine if the law will allow you to proceed without payment. Note. Lt. Thomas states this on camera in front of over 20 inmates and an Officer. This was because she knew Plaintiff was getting transferred the next day and she figured that would stop the lawsuits. Captain Rasar stated, "He was not worried about a lawsuit he hasn't been sued in 15 years". Note: Plaintiff is Founder of Beaver G Kidz Kount a non-profit organization.

Plaintiff contends that he can prove beyond a reasonable doubt before a Jury or Judge that all (3) Defendant(s) are guilty of denying him the Right to vote. The Plaintiff was and is a registered voter and a Federal inmate who has yet to be convicted and he is not on probation or parole. Plaintiff argues that the Defendant's not only denied him of his constitutional right to vote but they also committed a criminal act. Their acts may have caused certain elected officials to win or lose. Based on their actions, the votes for S.C would have been totally different, and action must be taken asap. For the Defendant(s) to feel they could get away with depriving one of a clear constitutional right, is a miscarriage of justice. Lexington County Jail and Alvin S. Glen in SC both made sure each inmate Voted. Voter's Rights Act of 1065, Voters Right Act 42 U.SC. 1973, and Untied States Statues Title 52 Voting and Elections Subtitle T Voting Rights 10101 Voting Rights.

## Relief

The above Plaintiff ask for the Following Relief:
1. That Barnwell County Jail Implement a system so their inmates can vote

2. That each Defendant be terminated from their job and charged with criminal charges.

3. That a detailed statement be issued to the Department of Justice, Attorney General and Governor of SC for the violations at hand

4. Award Plaintiff $20,0000.00 Actual Damages from Each Defendant
   Award Plaintiff $20,000.00 Punitive Damages from Each Defendant

Date: 3-4-21

*Malik Al-Shabazz*
Malik Al-Shabazz
Alvin S. Glenn Detention Center
201 John Mack Dial Drive
Columbia, SC 29209

| | |
|---|---|
| State of South Carolina ) | In the Court of Common Pleas |
| County of Barnwell ) | |
| Malik Al-Shabazz ) | Second Judicial Circuit |
| AKA "Billy Lee Lisenby Jr." ) | |
| Petitioner ) | Case No: 2021-CP-06-00079 |
| ) | |
| -VS- ) | |
| Michael Rasar, Etc. ) | |
| ) | Proof Of Service |
| Defendant(s) ) | |

FILED FOR RECORD
2021 MAR 30 AM 9:35
RHONDA D. MCELVEEN
CLERK OF COURT
BARNWELL COUNTY, S.C.

The above Plaintiff Malik Al-Shabazz certified that he has served a copy of the enclosed documents on the above Defendant(s).

Date: 3-4-21

_____
Malik Al-Shabazz
Alvin S. Glenn Detention Center
201 John Mack Dial Drive
Columbia, SC  29209

State of South Carolina ) In the Court of Common Pleas
County of Barnwell )
Malik Al-Shabazz ) Second Judicial Circuit
AKA "Billy Lee Lisenby Jr." )
    Petitioner ) Case No: 2021-CP-06-00079
 )
-VS- )
Michael Rasar, Etc. )
 ) Motion for Appointment of Counsel
    Defendant(s) )

    The above Petitioner, Malik Al-Shabazz now comes in good-faith asking that this Honorable Court grand his "Motion for Appointment of Counsel" for the following reasons:

1. The Plaintiff is challenging the denial of his right to vote in which is a Constitutional Right
2. The Plaintiff is an indigent inmate and does not have the fees to pay for an Attorney
3. This will be a high-profile case and may demand a jury trial
4. Plaintiff has limited knowledge of the law

For the above reasons, Plaintiff ask that his Motion for Appointment of Counsel, be granted.

Date: 3-4-21

                                      Malik Al-Shabazz
                                      Alvin S. Glenn Detention Center
                                      201 John Mack Dial Drive
                                      Columbia, SC 29209

*[FILED FOR RECORD 2021 MAR 30 AM 9:35 RHONDA MCELVEEN CLERK OF COURT BARNWELL COUNTY, S.C.]*

Malik Al-Shabazz
Alvin S. Glenn Detention Center
201 John Mack Dial Drive
Columbia, SC 29209

Barnwell County Clerk of Court        Date: 3-4-21
141 Main St.
Barnwell, SC 29812

Dear Clerk,
    Will you please clock-in-stamp the enclosed documents and send me (4) clocked-in copies? Your time and help will be more than highly appreciated.

Thanks in advance

FILED FOR RECORD
2021 MAR 30 AM 9:35
RHONDA D. McELVEEN
CLERK OF COURT
BARNWELL COUNTY, S.C.

Malik Al-Shabazz