| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| | ) | |
| COUNTY OF BARNWELL | ) | |
| | | |
| Malik Al-Shabazz, | ) | |
| aka Billy Lee Lisenby, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Michael Rasar, | ) | |
| Tahirah Thomas, | ) | |
| Shanda Priester | ) | NOTICE OF FILING REMOVAL |
| | ) | Case Number: 2021-CP-06-00079 |
| Defendants. | ) | |
| _____ | ) | |

TO: HONORABLE RHONDA MCELVEEN, CLERK OF COURT FOR BARNWELL COUNTY; and MALIK AL-SHABAZZ, *pro se,* Plaintiff:

YOU ARE HEREBY GIVEN NOTICE that on the date set forth below, this action, originally filed in the Court of Common Pleas for Barnwell County, has been removed to the United States District Court for the District of South Carolina, pursuant to a Notice of Removal, a copy of which is attached hereto.

                                                                            Respectfully submitted,

April 16, 2021                           *s/Norma A. T. Jett*
                                                      Norma A. T. Jett (ID #5101)
Bamberg, South Carolina           Ness & Jett, LLC
                                                      Post Office Box 909
                                                      Bamberg, SC 29003
                                                      (803)245-5178
                                                      normajett@gmail.com
                                                      ATTORNEY FOR DEFENDANTS