IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Malik Al-Shabazz,<br>aka Billy Lee Lisenby, Jr.,<br><br>      Plaintiff,<br><br>v.<br><br>Michael Rasar,<br>TahirahThomas,<br>Shanda Priester,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)  Case Number _____<br>) (state court case number 2021-CP-06-00079)<br>)<br>) |

I, Norma A. T. Jett, the undersigned attorney for Defendants, do hereby certify that my agent has served the foregoing, upon the persons below-listed by placing a copy, postage prepaid, in the United States Mail, addressed as follows:

Inmate Malik Al-Shabazz
Alvin S. Glenn Detention Center
201 John Mack Dial Drive
Columbia, SC 29209


| | |
|---|---|
| April 16, 2021 | NESS & JETT, LLC |
| Bamberg, SC | By:  <u>s/Norma A. T. Jett</u><br>Norma A. T. Jett, Fed. Ct. I.D. 5101<br>Post Office Box 909<br>Bamberg, SC 29003<br>(803) 245-5178<br>ATTORNEY FOR DEFENDANTS |